IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:05-CR-0061 |
| | § | |
| DAVID VAZQUEZ-JOSE (01) | § | |
| MANUEL GOMEZ-LOPEZ (02), | § | |
| a/k/a Anibal Palacios-Hernandez | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, AND DENYING DEFENDANTS' MOTION TO SUPPRESS

On October 20, 2005, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress filed jointly by defendants DAVID VAZQUEZ-JOSE and MANUEL GOMEZ-LOPEZ, also known as Anibal Palacios-Hernandez be denied. Defendants filed objections to the Report and Recommendation on October 27, 2005.

The undersigned United States District Judge has reviewed the Report and Recommendation of the United States Magistrate Judge and defendants' objections, and has made an independent examination of the record in this case. Defendants' objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed jointly by defendants DAVID VAZQUEZ-JOSE and MANUEL GOMEZ-LOPEZ, also known as Anibal Palacios-Hernandez is DENIED.

IT IS SO ORDERED.

ENTERED this _28th_ day of _October_ 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE